DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOYNTON OLD SCHOOL PARTNERSHIP, LLC,**
Appellant,

v.

**CITY OF BOYNTON BEACH, FLORIDA,**
Appellee.

No. 4D17-63

[December 7, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 50-2013-CA-011391-XXXX-MB.

David J. Sales and Daniel R. Hoffman of David J. Sales, P.A., Jupiter, for appellant.

Lyman H. Reynolds, Jr. and George P. Roberts, Jr. of Roberts Reynolds Bedard & Tuzzio, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE, J., and SINGHAL, RAAG, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***